UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-7185 ODW(PLAx) | Date | August 19, 2010 |
|---|---|---|---|
| Title | Panrose Corporation Inc. v. Equilon Enterprises LLC et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):     Order to Show Cause re Case Settlement**

The Court is in receipt of the Notice of Settlement [40] filed August 16, 2010. The Court orders the parties to show cause why settlement has not been finalized and sets a hearing on the matter for **Monday, September 13, 2010 at 1:30 p.m.**

The Jury Trial scheduled for September 14, 2010 at 9:00 a.m. is hereby VACATED, as are all related pretrial hearing dates and filing deadlines.

The OSC hearing will be vacated upon receipt by the Court of a stipulation and proposed order of dismissal.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|

Initials of Preparer     RGN